## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Earl L. Davis Jr.                                    CHAPTER 7

<u>Debtor</u>

BKY. NO. 18-21935 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION and index same on the master mailing list.

     Respectfully submitted,

     **/s/ James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     jwarmbrodt@kmllawgroup.com
     Attorney I.D. No. 42524
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     Phone: (215)-627-1322
     Attorney for Movant/Applicant